# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| LISA RYANS,<br><br>　　　　　Plaintiff,<br><br>-vs-<br><br><br><br>WAL-MART STORES EAST, LP, d/b/a<br>WAL-MART STORE #2214,<br><br>　　　　　Defendant. | CASE NO.: 3:18-CV-00910-MGL<br><br><br>PLAINTIFF'S RECORDS CUSTODIAN<br>WITNESSES PURSUANT TO LOCAL CIVIL<br>RULE 16.02(D)(3) |

Following is the Affidavit of the Records Custodian Witness Plaintiff intends to offer for authentication in lieu of live testimony in the above matter, which is hereby attached as Exhibit A.

　　Dr. Green B. Neal
　　Oasis Physical Medicine
　　4010 N. Main Street
　　Columbia, South Carolina 29203

A Certificate of Service certifying that the Affidavit of the Records Custodian Witness, along with the medical records, have been served upon opposing counsel and are being filed under separate cover.

　　　　　　　　　　　　　　　　　　　　*s/Gary W. Popwell, Jr.*
　　　　　　　　　　　　　　　　　　　　GARY W. POPWELL, JR.
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　Federal I.D. No.: 3100

　　　　　　　　　　　　　　　　　　　　ATTORNEYS LEE, EADON, ISGETT,
　　　　　　　　　　　　　　　　　　　　POPWELL AND OWENS, P.A.
　　　　　　　　　　　　　　　　　　　　Post Office Box 1505
　　　　　　　　　　　　　　　　　　　　Columbia, South Carolina  29202
　　　　　　　　　　　　　　　　　　　　(803) 799-9811

Columbia, South Carolina

May 20, 2019.